

8:11CB5

Jane MacCracken
Chief, CSO - Programs Division

# CENTRAL VIOLATIONS BUREAU
### P.O. Box 780549
### San Antonio, TX 78278

**Ted C. Willmann**
Branch Chief

(800) 827-2982
FAX: (210) 301-6401

The following has been received at the Central Violations Bureau and is being forwarded to your court for further action. If you have any further questions, please call (800) 827-2982, ext

**District:** NEBRASKA

**Location Code:** NE14      **Citation Number(s):** 2304603

| | | |
|---|---|---|
| OMAH | **Hearing Site** | The location where the citation is scheduled. |
| 06/28/2011 | **Ticket/Docket Date** | The date the citation is scheduled for court. |
| | **Protest** | The defendant is requesting a court date to protest the citation. |
| | **Correspondence** | The defendant is providing correspondence for the court to consider regarding the citation. |
| | **Miscellaneous** | See Remarks Section |

**Remarks:**

Agency request for void of citation(s).

Chief of police discretion due to extreme time frame between the issuance of the ticket and the current time.

| | | | |
|---|---|---|---|
| | Refund Approved | | 12/19/2018 |
| X | Void/Dismissal Approved | RANDY DORSEY<br>SYSTEM GENERATED | Date |

Further action to be taken by CVB or Agency, please specify:

Ordered this __19th__ Day of __December__ 20 __18__    s/ Susan M. Bazis      67bg

                                                   U.S. Magistrate Judge      Judge Code

---

A TRADITION OF SERVICE TO THE FEDERAL JUDICIARY